No. 1,573.—STATE ex rel. ST. PETERS, Relator, v. DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT, and JOHN LINDSAY, Judge Thereof, Respondents.

Original—*Certiorari.*

Decided May 2, 1903.

Per Curiam.—Upon the motion of counsel for relator this cause is hereby dismissed.

*Mr. J. N. Kirk,* for Relator.

---

No. 1,579.—CONLEY, Respondent, v. DUNN, Appellant.

*Appeal from District Court, Carbon County; Frank Henry, Judge.*

May 11, 1903.

Per Curiam.—It appearing to the court that the respondent herein has failed to file his brief within the time required by the rules of this court, and it further appearing that the appellant does not consent to the appearance of said respondent, and the court not requesting the same (Rule X, Subdivisions 4 and 5), the said respondent is not permitted to be heard at this time.

Mr. Justice Holloway dissents.

*Mr. George W. Pierson,* and *Mr. George H. Bailey,* for Appellant.